IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re CURTIS RENEE JACKSON.   /   No. C 13-2747 NC (PR)

**ORDER OF TRANSFER**

Plaintiff Curtis Renee Jackson, a state prisoner currently incarcerated at Pleasant Valley State Prison (PVSP) in Coalinga, California, has filed a letter complaining of his treatment by staff at PVSP, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, he alleges that he suffers from valley fever which is untreated by PVSP medical staff and that PVSP staff use excessive force in dealing with him.

The acts complained of in his complaint occurred at PVSP, which is located in Fresno County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED:   June 19, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge